UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | NO. 3:18mj1769(JGM) |
| OF THE UNITED STATES OF AMERICA | : | |
| FOR AN ORDER AUTHORIZING THE | : | |
| INSTALLATION AND USE OF PEN- | : | **FILED UNDER SEAL** |
| REGISTER DEVICE OR PROCESS, THE | : | |
| INSTALLATION AND USE OF A TRAP-AND- | : | September 27, 2010 |
| TRACE DEVICE OR PROCESS | : | |

FILED
2018 OCT 31 P 2:28
U.S. DISTRICT COURT
NEW HAVEN, CT.

## MOTION TO SEAL AND ORDER

The United States of America, by and through Anastasia E. King, Assistant United States Attorney, moves this honorable Court for an order sealing the Application, Order, Order to Service Provider, and this Motion to Seal in the captioned matter.

This sealing motion is filed because disclosure of the documents could reveal the identity of those under investigation, methods used in the course of the ongoing investigation, and otherwise jeopardize the investigation or the safety of the investigators.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

*Anastasia E. King*
ANASTASIA E. KING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. 24192
157 Church Street
New Haven, CT 06510
(203) 821-3700

The Motion to Seal is hereby GRANTED/DENIED. This Motion and Sealing Order, the Application, the Order and the Order to Service Provider are hereby ORDERED sealed until further order of the Court.

Dated this 27th day of September, 2011, at New Haven, Connecticut.

/s/
HONORABLE JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE